FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>L.R. BAILEY, INC. and HOUSE OF CURIOUSITY LLC, individually,<br><br>    Defendants. | No. 4:21-cv-5045-MKD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING FILE**<br><br>**ECF NO. 24** |

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice, which is construed as a joint motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 24. The parties have consented to proceed before a magistrate judge. ECF No. 12. The parties indicate a settlement has been reached and the above-entitled action is voluntarily dismissed by stipulation with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' stipulated motion to dismiss (**ECF No. 24**) is **GRANTED**.

ORDER -- 1

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, the Complaint and all claims therein are **DISMISSED WITH PRJEUDICE** and without costs or attorney fees to any party.

3. All pending deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED October 12, 2021.

s/ *Mary K. Dimke*
Mary K. Dimke
United States Magistrate Judge

ORDER -- 2