AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 12, 2021**

SEAN F. McAVOY, CLERK

JEREMY JOHNSON,

*Plaintiff*

v.

L.R. BAILEY, INC. and HOUSE OF CURIOUSITY LLC, individually,

*Defendant*

Civil Action No. 4:21-cv-5045-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' stipulated motion to dismiss (ECF No. 24) is GRANTED. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, the Complaint and all claims are DISMISSED WITH PRJEUDICE and without costs or attorney fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: 10/12/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza